**Larry Wilbur WILCOX, Appellant,**

v.

**Connie Elizabeth WILCOX, Respondent.**

**No. WD 49754.**

Missouri Court of Appeals, Western District.

April 4, 1995.

Lance A. Riddle, Bailey & Associates, Warrensburg, for appellant.

Betsy Iverson, Dept. of Social Services, Div. of Legal Services, Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

PER CURIAM.

Appeal from order denying Appellant's motion to declare child emancipated and terminate child support.

Judgment affirmed.